NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3229

SHARON S. SIMON,

Petitioner,

v.

DEPARTMENT OF COMMERCE,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752080336-I-1.

ON MOTION

## O R D E R

Upon consideration of Sharon S. Simon's motion for leave to file her brief out of time, and the Department of Commerce's motion for an extension of time, until March 3, 2010, to file its brief,

IT IS ORDERED THAT;

The motions are granted.

FOR THE COURT

FEB 0 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Joseph E. Blandford, Jr., Esq.
        Jane W. Vanneman, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2010

JAN HORBALY
CLERK